838

No. 85. RICHMAN BROTHERS CO. *v.* AMALGAMATED CLOTHING WORKERS OF AMERICA ET AL. Supreme Court of Ohio. Certiorari denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application. *Victor DeMarco* for petitioner. *William J. Isaacson* for respondents.

No. 97. MILLER ET AL. *v.* SULMEYER, TRUSTEE IN BANKRUPTCY. C. A. 9th Cir. Motion to supplement petitioners' reply brief granted. Certiorari denied. *Arthur B. Willis* for petitioners. *Francis F. Quittner* for respondent.

No. 112. HARPOLE, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, *v.* UNITED STATES EX REL. GOLDSBY. Motion o respondent fc ave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied. *Joe T. Patterson,* Attorney General of Mississippi, *J. R. Griffin* and *John H. Price, Jr.,* Assistant Attorneys General, and *Ross R. Barnett* for petitioner. *George N. Leighton* for respondent.

No. 115. HAYS *v.* ANDERSON ET AL. Motion of American Federation of Government Employees for leave to file brief, as *amicus curiae,* granted. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied. *Warner W. Gardner, Alfred L. Scanlan, Samuel I. Sherwood* and *George Schwartz* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for respondents. *Edward L. Merrigan* for the American Federation of Government Employees, in support of petitioner.